ACCEPTED
12-15-00102-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/14/2015 1:44:37 PM
Pam Estes
CLERK

## NO. 12-15-00102-CR

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT IN
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0700

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/14/2015 1:44:37 PM
PAM ESTES
CLERK

| | | |
|---|---|---|
| **DAVID CHARLES DAILEY** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes David Charles Dailey, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 217th District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. David Charles Dailey, and numbered 2014-0700. Appellant was convicted in Count I of Possession of a Controlled Substance and in Count II of Tampering with of Fabricating Physical Evidence.

4. Appellant was assessed a sentence of Ten (10) years in Texas Department of Criminal Justice Institutional Division in Count I and Fifteen (15) years in Texas Department of Criminal Justice Institutional Division in Count II on April 15, 2015.

5. Notice of appeal was given on April 16, 2015.

6. The clerk's record was filed on August 13, 2015; the reporter's record was filed on May 7, 2015.

7. The appellate brief is presently due on October 14, 2015.

8. Appellant requests an extension of time of thirty (30) days from the current due date.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Due to a recent stroke, Counsel is physically unable to sit at a computer for extended periods of time and would like a few extras days as to not neglect the appeal. Counsel has reviewed the records and has completed the statement of facts and will be able to complete the appeal in thirty days.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with opposing counsel who is not opposed to an extension.

*/s/John D. Reeves*

_____

John D. Reeves

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 14th day of October, 2015 forwarded to State's Attorney, April Ayers-Perez, Angelina County, by electronic service at aprerez@angelinacounty.net.

*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
David Charles Dailey